# United States Court of Appeals

## For the Eighth Circuit

_____

No. 20-1008
_____

Danny Bugg; Eldon K. Bugg

*Plaintiffs - Appellants*

v.

Jason Stachey, in his official and individual capacity; Brian Wade Albright, in his official and individual capacity; David Frasher, in his official and individual capacity; City of Hot Springs, Arkansas

*Defendants - Appellees*
_____

Appeal from United States District Court
for the Western District of Arkansas - Hot Springs
_____

Submitted: September 8, 2020
Filed: September 11, 2020
[Unpublished]
_____

Before ERICKSON, STRAS, and KOBES, Circuit Judges.
_____

PER CURIAM.

Danny and Eldon Bugg appeal the district court's[1] adverse grant of summary judgment in this action under, inter alia, the Age Discrimination in Employment Act and 42 U.S.C. § 1983. Having carefully reviewed the record and the parties' arguments on appeal, we find no basis for reversal. See Banks v. John Deere & Co., 829 F.3d 661, 665 (8th Cir. 2016) (standard of review). Accordingly, we affirm. See 8th Cir. R. 47B.

_____

_____

[1]The Honorable Robert T. Dawson, United States District Judge for the Western District of Arkansas, adopting the report and recommendations of the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas.